UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>NATHAN MICHAEL SHIELDS,<br><br>        Defendant. | No. CR-07-178-FVS-1<br><br>ORDER GRANTING UNOPPOSED MOTION TO AMEND RELEASE CONDITIONS |

BEFORE THE COURT is the Defendant's unopposed Motion to Amend the Pretrial Release Conditions in the above matter to authorize the Defendant to reside in the Western District of Washington. The parties are in agreement to the amendment of pretrial release conditions.

**IT IS ORDERED** the Motion **(Ct. Rec. 35)** is **GRANTED.** Defendant's pretrial release conditions shall be **amended** to allow Defendant to reside in the Western District of Washington. All other conditions of pretrial release previously imposed shall remain in full force and effect.

DATED February 15, 2008.

                      S/ CYNTHIA IMBROGNO
               UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO AMEND RELEASE CONDITIONS - 1